JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILTON LAWRENCE BROWN,<br><br>              Petitioner,<br><br>      v.<br><br>McEWEN, Warden,<br><br>              Respondent. | Case No. CV 10-5297-ABC (OP)<br><br>J U D G M E N T |

IT IS ADJUDGED that the First Amended Petition is hereby dismissed without leave to amend, and Judgment shall be entered accordingly.

DATED: 9/23/2010

_____
HONORABLE AUDREY B. COLLINS
Chief United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge